

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | | |
|---|---|---|
| United States of America<br>v.<br><br>OTTONIEL CASTRO ARGUETA,<br>a/k/a "Otto Castro,"<br>a/k/a "Mauricio Perez Penarosa,"<br>a/k/a "Clave77"<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 25 CR 1 4 0 - JDR |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* OTTONIEL CASTRO ARGUETA, a/k/a "Otto Castro," a/k/a "Maruicio Perez Penarosa," a/k/a "Clave77,"
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

8 U.S.C. §§ 1324(a)(1)(A)(v)(I), (a)(1)(A)(i), (ii), (iii), and (a)(1)(B)(i) – Conspiracy to Bring, Transport, and Harbor Aliens in the United States Illegally for Private Financial Gain
18 U.S.C. § 1957(a) – Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity
8 U.S.C. § 1324, 18 U.S.C. § 982(a) and 28 U.S.C. § 2461 – Human Trafficking and Money Laundering Forfeiture

Date: APR 2 1 2025

_____
*Issuing officer's signature*

City and state:  Tulsa, Oklahoma                 Heidi D. Campbell, Court Clerk
                                                 *Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ | |
| At *(city and state)* _____ | |
| Date: _____ | |
| | _____<br>*Arresting officer's signature* |
| | _____<br>*Printed name and title* |

ADM/ch